# Attorney/Judge Cases Report

## U.S. District Court -- District of Maryland
### Judges in Attorney Matthew James Maddox's Cases

| Judge: Richard D Bennett ||| 
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| [1:03-cr-00377-RDB-5](#) <br> **USA v. Thorpe et al** | *Case filed:* 08/14/2003 <br> *Case closed:* 07/16/2004 | ***Attorney:*** **Matthew James Maddox** <br> *Office:* Baltimore <br> ***Presider:*** **Richard D Bennett** <br> *Case flags:* <br> ARCHIVE,CLOSED,CRK/AMEND |
| [1:06-cr-00060-RDB-1](#) <br> **USA v. Harrod** | *Case filed:* 02/09/2006 <br> *Case closed:* 10/31/2006 | ***Attorney:*** **Matthew James Maddox** <br> *Office:* Baltimore <br> ***Presider:*** **Richard D Bennett** <br> *Case flags:* CLOSED,CRK/AMEND |
| [1:09-cr-00630-RDB-1](#) <br> **USA v. Skillman** | *Case filed:* 12/03/2009 <br> *Case closed:* 09/30/2010 | ***Attorney:*** **Matthew James Maddox** <br> *Office:* Baltimore <br> ***Presider:*** **Richard D Bennett** <br> *Case flags:* CLOSED |
| [1:13-cr-00207-RDB-1](#) <br> **USA v. Otete et al** | *Case filed:* 04/25/2013 <br> *Case closed:* 08/24/2015 | ***Attorney:*** **Matthew James Maddox** <br> *Office:* Baltimore <br> ***Presider:*** **Richard D Bennett** <br> *Case flags:* CLOSED |
| [1:14-cr-00186-LO-4](#) <br> **USA v. Byrd et al** | *Case filed:* 04/17/2014 <br> *Case closed:* 05/09/2019 | ***Attorney:*** **Matthew James Maddox** <br> *Office:* Baltimore <br> ***Presider:*** **Richard D Bennett** <br> *Case flags:* CLOSED,L+ |
| [1:15-cr-00667-RDB-1](#) <br> **USA v. Portillo** | *Case filed:* 12/29/2015 <br> *Case closed:* 05/19/2016 | ***Attorney:*** **Matthew James Maddox** <br> *Office:* Baltimore <br> ***Presider:*** **Richard D Bennett** <br> *Case flags:* <br> CLOSED,INTERPRETER,S |

| Judge: Richard D. Bennett ||| 
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| [1:09-cr-00054-RDB-1](#) <br> **USA v. Reed** | *Case filed:* 02/04/2009 <br> *Case closed:* 07/22/2010 | ***Attorney:*** **Matthew James Maddox** <br> *Office:* Baltimore <br> ***Presider:*** **Richard D. Bennett** <br> *Case flags:* CLOSED |
| [1:12-cr-00136-RDB-1](#) <br> **USA v. Stevens** | *Case filed:* 03/14/2012 <br> *Case closed:* 11/02/2012 | ***Attorney:*** **Matthew James Maddox** <br> *Office:* Baltimore <br> ***Presider:*** **Richard D. Bennett** <br> *Case flags:* CLOSED |
| [1:16-cr-00270-RDB-1](#) <br> **USA v. Crispin Ayala** | *Case filed:* 06/01/2016 <br> *Case closed:* 09/16/2016 | ***Attorney:*** **Matthew James Maddox** <br> *Office:* Baltimore |

| | | |
|---|---|---|
| | | *Presider:* **Richard D. Bennett** <br> *Case flags:* CLOSED,INTERPRETER,S |
| [1:17-cr-00109-RDB-1](#) <br> **USA v. O'Bannon** | *Case filed:* 02/28/2017 <br> *Case closed:* 11/16/2017 | *Attorney:* **Matthew James Maddox** <br> *Office:* Baltimore <br> *Presider:* **Richard D. Bennett** <br> *Case flags:* CLOSED,M |
| [1:17-cr-00580-RDB-1](#) <br> **USA v. Loyal** | *Case filed:* 10/31/2017 <br> *Case closed:* 07/03/2018 | *Attorney:* **Matthew James Maddox** <br> *Office:* Baltimore <br> *Presider:* **Richard D. Bennett** <br> *Case flags:* CLOSED,S |
| [1:18-cr-00238-RDB-3](#) <br> **USA v. Araujo et al** | *Case filed:* 04/24/2018 <br> *Case closed:* 09/06/2018 | *Attorney:* **Matthew James Maddox** <br> *Office:* Baltimore <br> *Presider:* **Richard D. Bennett** <br> *Case flags:* CLOSED,M |
| [1:18-cr-00418-RDB-1](#) <br> **USA v. Ayala** | *Case filed:* 08/08/2018 <br> *Case closed:* 08/08/2019 | *Attorney:* **Matthew James Maddox** <br> *Office:* Baltimore <br> *Presider:* **Richard D. Bennett** <br> *Case flags:* CLOSED,INTERPRETER,S |
| [1:18-cr-00626-RDB-1](#) <br> **USA v. Das Gracas** | *Case filed:* 12/19/2018 <br> *Case closed:* 04/11/2019 | *Attorney:* **Matthew James Maddox** <br> *Office:* Baltimore <br> *Presider:* **Richard D. Bennett** <br> *Case flags:* CLOSED,INTERPRETER |
| [1:19-cr-00084-RDB-1](#) <br> **USA v. Alvarenga** | *Case filed:* 02/21/2019 <br> *Case closed:* 02/04/2020 | *Attorney:* **Matthew James Maddox** <br> *Office:* Baltimore <br> *Presider:* **Richard D. Bennett** <br> *Case flags:* CLOSED,INTERPRETER,S |
| [1:19-cr-00567-RDB-1](#) <br> **USA v. Green et al** | *Case filed:* 12/03/2019 | *Attorney:* **Matthew James Maddox** <br> *Office:* Baltimore <br> *Presider:* **Richard D. Bennett** <br> *Case flags:* M |
| [1:19-cv-02312-RDB](#) <br> **Byrd v. USA - 2255** | *Case filed:* 08/09/2019 <br> *Case closed:* 01/28/2022 | *Attorney:* **Matthew James Maddox** <br> *Cause:* 28:2255 Motion to Vacate / Correct Illegal Sentenc <br> *NOS:* Prisoner: Vacate Sentence <br> *Office:* Baltimore <br> *Presider:* **Richard D. Bennett** <br> *Jury demand:* None <br> *Case flags:* CLOSED |
| [1:20-cr-00048-RDB-1](#) <br> **USA v. Fox** | *Case filed:* 02/05/2020 <br> *Case closed:* 08/04/2021 | *Attorney:* **Matthew James Maddox** <br> *Office:* Baltimore <br> *Presider:* **Richard D. Bennett** <br> *Case flags:* CLOSED,M |
| [1:20-cr-00183-RDB-2](#) <br> **USA v. White et al** | *Case filed:* 07/08/2020 <br> *Case closed:* 03/10/2021 | *Attorney:* **Matthew James Maddox** <br> *Office:* Baltimore <br> *Presider:* **Richard D. Bennett** <br> *Case flags:* M |

| | | |
|---|---|---|
| 1:20-cr-00407-RDB-1<br>USA v. White | *Case filed:* 11/19/2020<br>*Case closed:* 04/01/2021 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Richard D. Bennett**<br>*Case flags:* CLOSED,S |
| 1:21-cr-00054-RDB-1<br>USA v. Ulysse, et al. | *Case filed:* 03/05/2021 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Richard D. Bennett**<br>*Case flags:* M |
| 1:21-cr-00138-RDB-1<br>USA v. Boyd et al | *Case filed:* 04/29/2021 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Richard D. Bennett**<br>*Case flags:* M |
| 1:21-cr-00290-RDB-1<br>USA v. Anderson | *Case filed:* 07/29/2021 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Richard D. Bennett**<br>*Case flags:* M |

| Judge: Catherine C. Blake | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| 1:04-cr-00052-CCB-1<br>USA v. Schmidt | *Case filed:* 02/05/2004<br>*Case closed:* 05/26/2005 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Catherine C. Blake**<br>*Case flags:* CLOSED |
| 1:15-cr-00557-CCB-1<br>USA v. Betts | *Case filed:* 10/22/2015<br>*Case closed:* 06/30/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Catherine C. Blake**<br>*Case flags:* CLOSED,M |
| 1:16-cr-00150-CCB-1<br>USA v. Small | *Case filed:* 04/12/2016<br>*Case closed:* 06/11/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Catherine C. Blake**<br>*Case flags:* CLOSED,M |
| 1:17-cr-00043-CCB-1<br>USA v. Ajala | *Case filed:* 01/25/2017<br>*Case closed:* 05/19/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Catherine C. Blake**<br>*Case flags:* CLOSED,M |
| 1:17-cr-00144-CCB-2<br>USA v. Mozdenski et al | *Case filed:* 03/15/2017<br>*Case closed:* 01/29/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Catherine C. Blake**<br>*Case flags:*<br>CLOSED,FirstStepAct,FirstStepAct-CR,M |
| 1:18-cr-00099-CCB-1<br>USA v. Jenkins | *Case filed:* 02/22/2018<br>*Case closed:* 11/29/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Catherine C. Blake**<br>*Case flags:* CLOSED,S |
| 1:20-cr-00205-CCB-3 | *Case filed:* 07/21/2020 | *Attorney:* **Matthew James Maddox** |

| | | |
|---|---|---|
| USA v. Ajibawo et al | | *Office:* Baltimore<br>*Presider:* **Catherine C. Blake**<br>*Case flags:* M |
| [1:20-cr-00285-CCB-1](#)<br>**USA v. Ogunlana et al** | *Case filed:* 09/01/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Catherine C. Blake**<br>*Case flags:* M |
| [1:20-cr-00313-CCB-1](#)<br>**USA v. Cervellon-Iqbal** | *Case filed:* 09/24/2020<br>*Case closed:* 05/19/2021 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Catherine C. Blake**<br>*Case flags:* CLOSED,S |
| [1:21-cr-00242-CCB-1](#)<br>**USA v. Ajayi** | *Case filed:* 06/30/2021<br>*Case closed:* 01/19/2022 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Catherine C. Blake**<br>*Case flags:* CLOSED,S |

| Judge: Deborah L. Boardman | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| [1:21-cr-00417-DLB-1](#)<br>**USA v. Shonubi** | *Case filed:* 10/20/2021 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Deborah L. Boardman**<br>*Case flags:* M |

| Judge: James K. Bredar | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| [1:12-cr-00098-JKB-1](#)<br>**USA v. Hawkins** | *Case filed:* 02/28/2012<br>*Case closed:* 10/09/2012 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:* CLOSED,Johnson |
| [1:15-cr-00443-JKB-1](#)<br>**USA v. Hare** | *Case filed:* 08/13/2015<br>*Case closed:* 06/10/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:* CLOSED,M |
| [1:15-cr-00462-JKB-1](#)<br>**USA v. Greene et al** | *Case filed:* 08/25/2015<br>*Case closed:* 02/14/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:* CLOSED,M |
| [1:15-cr-00568-JKB-1](#)<br>**USA v. Garcia-Cobos** | *Case filed:* 10/28/2015<br>*Case closed:* 08/16/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:*<br>CLOSED,INTERPRETER,S |

| | | |
|---|---|---|
| 1:16-cr-00060-JKB-1<br>**USA v. Seabolt** | *Case filed:* 02/23/2016<br>*Case closed:* 02/14/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:* CLOSED,S |
| 1:16-cr-00203-JKB-2<br>**USA v. Ciuciu** | *Case filed:* 04/28/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:* M |
| 1:16-cr-00292-JKB-1<br>**USA v. Gaerlan et al** | *Case filed:* 06/09/2016<br>*Case closed:* 11/02/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:* CLOSED,M,REHAIF |
| 1:17-cr-00367-JKB-1<br>**USA v. Kadiri** | *Case filed:* 07/11/2017<br>*Case closed:* 08/16/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:* CLOSED,FirstStepAct,FirstStepAct-CR,M |
| 1:18-cr-00158-JKB-1<br>**USA v. Wright** | *Case filed:* 03/22/2018<br>*Case closed:* 08/23/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:* CLOSED,M,MAG-JMC |
| 1:19-cr-00223-JKB-1<br>**USA v. Siguenza-Arevalo** | *Case filed:* 05/01/2019<br>*Case closed:* 01/23/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:* CLOSED,INTERPRETER,S |
| 1:20-cr-00168-JKB-1<br>**USA v. Sanders** | *Case filed:* 07/01/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **James K. Bredar**<br>*Case flags:* M |

| Judge: Theresa C. Buchanan |||
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| 1:19-mj-02155-TCB-1<br>**USA v. Brown Goldstein Levy, LLP, 120 E. Baltimore Street, Suite 1700, Baltimore, Maryland 21202** | *Case filed:* 06/13/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Theresa C. Buchanan** |

| Judge: Deborah K. Chasanow |||
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| 1:18-cr-00002-DKC-1 | *Case filed:* 01/03/2018 | *Attorney:* **Matthew James Maddox** |

| Case Number/Title | Case Dates | Notes |
|---|---|---|
| USA v. Roberts | *Case closed*: 09/06/2018 | *Office*: Baltimore<br>***Presider:*** **Deborah K. Chasanow**<br>*Case flags:* CLOSED,S |
| [1:18-cr-00279-DKC-1](#)<br>**USA v. Taylor** | *Case filed*: 05/08/2018<br>*Case closed*: 12/10/2018 | ***Attorney:*** **Matthew James Maddox**<br>*Office*: Baltimore<br>***Presider:*** **Deborah K. Chasanow**<br>*Case flags:* CLOSED,M |
| [1:18-cr-00349-DKC-1](#)<br>**USA v. Jones** | *Case filed*: 06/27/2018<br>*Case closed*: 09/10/2019 | ***Attorney:*** **Matthew James Maddox**<br>*Office*: Baltimore<br>***Presider:*** **Deborah K. Chasanow**<br>*Case flags:*<br>782,CLOSED,FirstStepAct,M |
| [1:18-cr-00351-DKC-1](#)<br>**USA v. Brown** | *Case filed*: 06/27/2018<br>*Case closed*: 09/16/2019 | ***Attorney:*** **Matthew James Maddox**<br>*Office*: Baltimore<br>***Presider:*** **Deborah K. Chasanow**<br>*Case flags:* CLOSED,M |
| [1:18-cr-00395-DKC-1](#)<br>**USA v. Campusano-Sano** | *Case filed*: 07/25/2018<br>*Case closed*: 04/22/2019 | ***Attorney:*** **Matthew James Maddox**<br>*Office*: Baltimore<br>***Presider:*** **Deborah K. Chasanow**<br>*Case flags:*<br>CLOSED,INTERPRETER,M |
| [1:18-cr-00614-DKC-1](#)<br>**USA v. Barrios-Lopez** | *Case filed*: 12/13/2018<br>*Case closed*: 03/01/2019 | ***Attorney:*** **Matthew James Maddox**<br>*Office*: Baltimore<br>***Presider:*** **Deborah K. Chasanow**<br>*Case flags:*<br>CLOSED,INTERPRETER,S |
| [1:19-cr-00057-DKC-1](#)<br>**USA v. Thomas** | *Case filed*: 02/06/2019<br>*Case closed*: 12/17/2019 | ***Attorney:*** **Matthew James Maddox**<br>*Office*: Baltimore<br>***Presider:*** **Deborah K. Chasanow**<br>*Case flags:* CLOSED,M |
| [1:19-cr-00085-DKC-1](#)<br>**USA v. Fields** | *Case filed*: 02/21/2019<br>*Case closed*: 10/09/2019 | ***Attorney:*** **Matthew James Maddox**<br>*Office*: Baltimore<br>***Presider:*** **Deborah K. Chasanow**<br>*Case flags:* CLOSED,M |
| [1:19-cr-00112-DKC-1](#)<br>**USA v. Wright** | *Case filed*: 03/12/2019<br>*Case closed*: 10/08/2020 | ***Attorney:*** **Matthew James Maddox**<br>*Office*: Baltimore<br>***Presider:*** **Deborah K. Chasanow**<br>*Case flags:* CLOSED,M |
| [8:15-cr-00244-DKC-1](#)<br>**USA v. Morris** | *Case filed*: 05/06/2015<br>*Case closed*: 01/25/2017 | ***Attorney:*** **Matthew James Maddox**<br>*Office*: Greenbelt<br>***Presider:*** **Deborah K. Chasanow**<br>*Case flags:* CLOSED,M,REHAIF |

| Judge: A. David Copperthite |||
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| [1:17-mj-00460-ADC-1](#) | *Case filed*: 02/16/2017 | ***Attorney:*** **Matthew James Maddox** |

| Case Number/Title | Case Dates | Notes |
|---|---|---|
| USA v. Harrington | | *Office:* Baltimore<br>*Presider:* A. David Copperthite |
| [1:17-mj-01391-ADC-1](#)<br>**In the Matter of: 2002 A Windsor Place, Baltimore, Maryland, 21207, a multi-level residence with gray siding and "2002 A" affixed horizontally on the door** | *Case filed:* 05/30/2017 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* A. David Copperthite |
| [1:18-mj-01235-ADC-1](#)<br>**USA v. Taylor** | *Case filed:* 04/24/2018 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* A. David Copperthite |
| [1:18-mj-03009-ADC-1](#)<br>**USA v. Custer** | *Case filed:* 11/02/2018 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* A. David Copperthite |
| [1:18-mj-03010-ADC-1](#)<br>**USA v. Sieglein** | *Case filed:* 11/02/2018 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* A. David Copperthite |

| Judge: J. Mark Coulson |||
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| [1:15-mj-01631-JMC-1](#)<br>**USA v. Adeniyi** | *Case filed:* 08/10/2015 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* J. Mark Coulson |
| [1:15-mj-02092-JMC-1](#)<br>**USA v. BETTS** | *Case filed:* 10/06/2015 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* J. Mark Coulson |
| [1:15-mj-02637-JMC-1](#)<br>**In the Matter of the Search of AOL account associated with kimblecraig@aol.com** | *Case filed:* 12/16/2015 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* J. Mark Coulson |
| [1:15-mj-02638-JMC-1](#)<br>**In the Matter of the Search of The subject premises at 1952 Dineen Drive, Dundalk, MD 21222** | *Case filed:* 12/16/2015 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* J. Mark Coulson |
| [1:16-mj-00641-JMC-1](#)<br>**In the Matter of the Search of Electronic devices seized from the residence of Theodore Reiss in law enforcment possession** | *Case filed:* 03/25/2016 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* J. Mark Coulson |
| [1:16-mj-03072-JMC-1](#)<br>**In the Matter of the Search of Twelve (12) US Postal Service Parcels** | *Case filed:* 12/06/2016 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* J. Mark Coulson |
| [1:17-mj-01572-JMC-1](#)<br>**In the Matter of the Search of One (1) US Postal Service Postal** | *Case filed:* 06/27/2017 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* J. Mark Coulson |

| | | |
|---|---|---|
| [1:18-mj-00854-JMC-1](#)<br>In the Matter of the Search of Information Associated with Facebook Accounts Further Described in Attachment A -1 | *Case filed:* 04/06/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **J. Mark Coulson** |
| [1:18-mj-00855-JMC-1](#)<br>In the Matter of the Search of Information Associated with Instagram Accounts Further Described in Attachment A-2 | *Case filed:* 04/06/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **J. Mark Coulson** |
| [1:18-mj-02105-JMC-1](#)<br>In the Matter of the Search of Two (2) US Postal Service Parcels located at the Incoming Mail Facillity in Linthicum Heights, MD | *Case filed:* 08/15/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **J. Mark Coulson** |
| [1:19-mj-01718-JMC-1](#)<br>In the Matter of the Search of Various Items of Property In the Custody of Homeland Security Investigations Further Described in Attachment A | *Case filed:* 05/31/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **J. Mark Coulson** |

| Judge: Charles B. Day | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| [8:20-mj-01425-CBD-1](#)<br>USA v. Mapp | *Case filed:* 06/01/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Greenbelt<br>*Presider:* **Charles B. Day** |
| [8:20-mj-01563-CBD-1](#)<br>USA v. Nicholas Milano White | *Case filed:* 06/23/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Greenbelt<br>*Presider:* **Charles B. Day** |

| Judge: Thomas M. DiGirolamo | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| [1:20-mj-00290-TMD-1](#)<br>USA v. Cervellon | *Case filed:* 01/27/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Thomas M. DiGirolamo** |
| [1:20-mj-00891-TMD-1](#)<br>USA v. Perez-Jimenez | *Case filed:* 03/13/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Thomas M. DiGirolamo**<br>*Case flags:* INTERPRETER |
| [1:20-mj-01736-TMD-1](#)<br>USA v. 12926 Nittany Lion Circle, | *Case filed:* 07/17/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore |

| Case Number/Title | Case Dates | Notes |
|---|---|---|
| Hagerstown, MD 21740, Further Described in Attachment A | | *Presider:* **Thomas M. DiGirolamo** |
| [1:20-mj-01936-TMD-1](#)<br>**USA v. One 2007 GMC Yukon, VIN 1GKFK13047R229703** | *Case filed:* 08/13/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Thomas M. DiGirolamo** |
| [1:20-mj-02910-TMD-1](#)<br>**USA v. SEALED** | *Case filed:* 12/02/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Thomas M. DiGirolamo** |
| [1:20-mj-02911-TMD-1](#)<br>**USA v. SEALED** | *Case filed:* 12/02/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Thomas M. DiGirolamo** |
| [1:20-mj-02912-TMD-1](#)<br>**USA v. SEALED** | *Case filed:* 12/04/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Thomas M. DiGirolamo** |
| [1:20-mj-02913-TMD-1](#)<br>**USA v. SEALED** | *Case filed:* 12/07/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Thomas M. DiGirolamo** |
| [1:20-mj-02914-TMD-1](#)<br>**USA v. SEALED** | *Case filed:* 12/07/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Thomas M. DiGirolamo** |
| [1:21-mj-00238-TMD-1](#)<br>**USA v. Christopher Guy** | *Case filed:* 02/01/2021 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Thomas M. DiGirolamo** |
| [1:21-mj-00661-TMD-1](#)<br>**USA v. Amusa** | *Case filed:* 03/09/2021 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Thomas M. DiGirolamo** |

| Judge: Stephanie A Gallagher | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| [1:15-mj-02001-SAG-1](#)<br>**In the Matter of the Search of: Electronic devices seized from the residence of Craig Wayne Kimble, currently in law enforcement possession** | *Case filed:* 10/15/2015 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:16-mj-01601-SAG-1](#)<br>**In the Matter of the Search of: Six cellular telephones seized from two individuals at NSA on April 8, 2016, currently in law enforcement possession** | *Case filed:* 07/08/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:16-mj-01620-SAG-1](#)<br>**USA v. Bollinger** | *Case filed:* 06/17/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:16-mj-01621-SAG-1](#) | *Case filed:* 07/08/2016 | *Attorney:* **Matthew James Maddox** |

| | | |
|---|---|---|
| **In the Matter of the Search of: Electronic devices seized from 7672 Gladstone Road, Windsor Mill, Maryland 21244** | | *Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:17-mj-00806-SAG-1](#)<br>**USA v. Mozdenski** | *Case filed:* 03/10/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:17-mj-00950-SAG-1](#)<br>**USA v. One (1) US Postal Priority Express Parcel** | *Case filed:* 04/13/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:17-mj-00953-SAG-1](#)<br>**In the Matter of the Search of: Six (6) US Postal Service Parcels located at the Incoming Mail Facility in Linthicum Heights, MD** | *Case filed:* 04/05/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:17-mj-03318-SAG-1](#)<br>**USA v. Trujillo** | *Case filed:* 12/08/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher**<br>*Case flags:* INTERPRETER |
| [1:17-mj-03319-SAG-1](#)<br>**USA v. Alvarez** | *Case filed:* 12/08/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:18-mj-00648-SAG-1](#)<br>**USA v. Multiple electronic Devices** | *Case filed:* 03/26/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:18-mj-00649-SAG-1](#)<br>**In the Matter of the Search of: A Cellular Telephone in the Custody of Maryland Transportation Authority Police** | *Case filed:* 03/26/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:18-mj-01702-SAG-1](#)<br>**In the Matter of the Search of: Ten (10) US Postal Service Parcels located at the Incoming Mail Facility in Linthicum Heights, MD** | *Case filed:* 06/27/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:18-mj-01741-SAG-1](#)<br>**In the Matter of the Search of: Sixteen (16) U.S. Mail Parcels located at the Incoming Mail Facility in Linthicum Heights, MD** | *Case filed:* 06/22/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher** |
| [1:19-mj-02083-SAG-1](#)<br>**USA v. Flores-Orellana** | *Case filed:* 06/17/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher**<br>*Case flags:* INTERPRETER |
| [1:19-mj-02084-SAG-1](#)<br>**USA v. Cornejo De Flores** | *Case filed:* 06/17/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A Gallagher**<br>*Case flags:* INTERPRETER |
| [1:19-mj-02828-SAG-1](#) | *Case filed:* 09/12/2019 | *Attorney:* **Matthew James Maddox** |

| USA v. Information Associated With Electronic Accounts | | *Office:* Baltimore<br>*Presider:* Stephanie A Gallagher |
|---|---|---|
| | | |

| Judge: Stephanie A. Gallagher | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| 1:16-cr-00089-SAG-1<br>**USA v. Carmichael** | *Case filed:* 03/10/2016<br>*Case closed:* 04/21/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A. Gallagher**<br>*Case flags:* CLOSED,FirstStepAct,S |
| 1:21-cr-00088-SAG-1<br>**USA v. Amusa** | *Case filed:* 04/08/2021 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A. Gallagher**<br>*Case flags:* M |
| 1:21-cr-00215-SAG-1<br>**USA v. Guy** | *Case filed:* 06/10/2021 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie A. Gallagher**<br>*Case flags:* M |
| | | |

| Judge: Marvin J. Garbis | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| 1:07-cr-00324-MJG-1<br>**USA v. Davis** | *Case filed:* 07/20/2007<br>*Case closed:* 10/03/2007 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Marvin J. Garbis**<br>*Case flags:* ARCHIVE,CLOSED |
| 1:16-cr-00367-MJG-1<br>**USA v. Bollinger** | *Case filed:* 07/14/2016<br>*Case closed:* 03/06/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Marvin J. Garbis**<br>*Case flags:* CLOSED,M |
| 1:16-cr-00538-MJG-1<br>**USA v. Sandoval-Ginez** | *Case filed:* 11/09/2016<br>*Case closed:* 02/27/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Marvin J. Garbis**<br>*Case flags:*<br>CLOSED,INTERPRETER,S |
| | | |

| Judge: Beth P. Gesner | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| 1:16-mj-00425-BPG-1<br>**In the Matter of the Search of** | *Case filed:* 03/08/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |

| | | |
|---|---|---|
| 5009 Wright Avenue, Baltimore, Maryland 21205-3115 | | |
| 1:16-mj-00795-BPG-1<br>USA v. Small | *Case filed:* 04/01/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:16-mj-00937-BPG-1<br>USA v. Gaerlan | *Case filed:* 04/11/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:16-mj-00938-BPG-1<br>USA v. Montalban | *Case filed:* 04/11/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner**<br>*Case flags:* INTERPRETER |
| 1:16-mj-00945-BPG-1<br>In the Matter of the Search of Five (5) US Postal Service Parcels | *Case filed:* 04/26/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:16-mj-01130-BPG-1<br>In the Matter of the Search of The Dropbox account associated with the email address dseabolt@gmail.com and User ID: 85223160 | *Case filed:* 05/16/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:16-mj-01131-BPG-1<br>In the Matter of the Search of The Yahoo! accounts associated with email addresses dseabolt83@yahoo.com, prestonjames561@yahoo.com | *Case filed:* 05/16/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:16-mj-01132-BPG-1<br>In the Matter of the Search of The Google accounts associated with the email addresses dseabolt@gmail.com and prestonjames5611@gmail.com | *Case filed:* 05/16/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:16-mj-01133-BPG-1<br>In the Matter of the Search of The AOL account associated with the email address thebolt5353@aol.com | *Case filed:* 05/16/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:16-mj-01134-BPG-1<br>In the Matter of the Search of The Facebook account associated with the email address prestonjames561@yahoo.com and User ID: 100008253192537 | *Case filed:* 05/16/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:16-mj-02839-BPG-1<br>USA v. Sandoval-Ginez | *Case filed:* 10/26/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:16-mj-03046-BPG-1<br>In the Matter of the Search of Two (2) US Postal Service Parcels | *Case filed:* 12/06/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |

| | | |
|---|---|---|
| 1:17-mj-00580-BPG-1<br>USA v. Todd | *Case filed:* 02/24/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:17-mj-00728-BPG-1<br>USA v. Mobley | *Case filed:* 03/06/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:17-mj-01417-BPG-1<br>USA v. THE FOUR ELECTRONIC DEVICES DESCRIBED FURTHER IN THE ATTACHED AFFIDAVIT | *Case filed:* 05/30/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:18-mj-00890-BPG-1<br>In the Matter of the Search of Various Electronic Devices Further Described in Attachment A | *Case filed:* 04/12/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:19-mj-00331-BPG-1<br>In the Matter of the Search of Eight (8) US Postal Service Parcels located at the Incoming Mail Facility in Linthicum Heights, MD | *Case filed:* 02/08/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:19-mj-01136-BPG-1<br>USA v. White | *Case filed:* 04/02/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |
| 1:19-mj-01138-BPG-1<br>USA v. Broomes | *Case filed:* 04/02/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Beth P. Gesner** |

| Judge: Ellen L. Hollander | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| 1:13-cr-00476-ELH-1<br>USA v. Tinsley | *Case filed:* 09/10/2013<br>*Case closed:* 04/10/2015 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:*<br>CLOSED,FirstStepAct,FirstStepAct-CR,Johnson,M |
| 1:15-cr-00421-ELH-1<br>USA v. Towobola et al | *Case filed:* 07/30/2015<br>*Case closed:* 12/09/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:* CLOSED,M |
| 1:15-cr-00527-ELH-1<br>USA v. Salud-Garcia | *Case filed:* 10/07/2015<br>*Case closed:* 02/23/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:*<br>CLOSED,INTERPRETER,S |
| 1:15-cr-00586-ELH-3 | *Case filed:* 11/12/2015 | *Attorney:* **Matthew James Maddox** |

| | | |
|---|---|---|
| USA v. Hill et al | *Case closed:* 11/02/2016 | *Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:* CLOSED,L |
| 1:15-cr-00588-ELH-2<br>**USA v. Johnson et al** | *Case filed:* 11/12/2015<br>*Case closed:* 07/01/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:* CLOSED,S |
| 1:16-cr-00254-ELH-1<br>**USA v. Pedraza** | *Case filed:* 05/24/2016<br>*Case closed:* 10/31/2016 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:* CLOSED,INTERPRETER,S |
| 1:16-cr-00528-ELH-1<br>**USA v. Newman** | *Case filed:* 11/02/2016<br>*Case closed:* 07/02/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:* CLOSED,M |
| 1:16-cr-00575-ELH-1<br>**USA v. Wilkins** | *Case filed:* 12/01/2016<br>*Case closed:* 01/11/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:* CLOSED,S |
| 1:16-cr-00594-ELH-1<br>**USA v. Pauling et al** | *Case filed:* 12/13/2016<br>*Case closed:* 09/14/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:* CLOSED,M |
| 1:18-cr-00342-ELH-1<br>**USA v. Tucker** | *Case filed:* 06/21/2018<br>*Case closed:* 04/04/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:* CLOSED,S |
| 1:18-cr-00530-ELH-1<br>**USA v. Eikenberg** | *Case filed:* 10/23/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:* M |
| 1:18-cv-00238-ELH<br>**Adeniyi v. United States of America** | *Case filed:* 01/22/2018<br>*Case closed:* 02/13/2018 | *Attorney:* **Matthew James Maddox**<br>*Cause:* Motion for Return of Property<br>*NOS:* Forfeit/Penalty: Other<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Jury demand:* None<br>*Case flags:* CLOSED,IFPPRO |
| 1:18-cv-01237-ELH<br>**Adeniyi v. United States of America** | *Case filed:* 04/27/2018<br>*Case closed:* 09/28/2018 | *Attorney:* **Matthew James Maddox**<br>*Cause:* Motion for Return of Property<br>*NOS:* Forfeit/Penalty: Other<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Jury demand:* None<br>*Case flags:* CLOSED,IFPPRO |
| 1:19-cr-00034-ELH-3<br>**USA v. Oday** | *Case filed:* 01/23/2019<br>*Case closed:* 11/15/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Ellen L. Hollander**<br>*Case flags:* CLOSED |

| | | |
|---|---|---|
| **1:19-cr-00174-ELH-1**<br>**USA v. Custer** | *Case filed:* 04/08/2019<br>*Case closed:* 09/09/2019 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Ellen L. Hollander**<br>*Case flags:* CLOSED,S |
| **1:19-cr-00175-ELH-1**<br>**USA v. Sieglein** | *Case filed:* 04/08/2019<br>*Case closed:* 08/06/2019 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Ellen L. Hollander**<br>*Case flags:* CLOSED,S |
| **1:19-cr-00325-ELH-2**<br>**USA v. Cornejo de Flores et al** | *Case filed:* 07/09/2019<br>*Case closed:* 01/28/2020 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Ellen L. Hollander**<br>*Case flags:*<br>CLOSED,INTERPRETER,M |
| **1:19-cr-00450-ELH-1**<br>**USA v. Cormack** | *Case filed:* 09/19/2019 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Ellen L. Hollander**<br>*Case flags:* M |
| **1:20-cr-00405-ELH-1**<br>**USA v. Perez-Jimenez** | *Case filed:* 11/18/2020<br>*Case closed:* 11/30/2021 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Ellen L. Hollander**<br>*Case flags:*<br>CLOSED,INTERPRETER,M |
| **1:21-cr-00114-ELH-2**<br>**USA v. Agoha, et al.** | *Case filed:* 04/21/2021 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Ellen L. Hollander**<br>*Case flags:* M |
| **1:21-cr-00137-ELH-1**<br>**USA v. McElrath et al** | *Case filed:* 04/29/2021 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Ellen L. Hollander**<br>*Case flags:* M |
| **1:21-cr-00387-ELH-1**<br>**USA v. Mapp** | *Case filed:* 09/29/2021<br>*Case closed:* 01/21/2022 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Ellen L. Hollander**<br>*Case flags:* CLOSED,S |

| Judge: Thomas E Johnston | | |
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| **1:18-cr-00317-TEJ-1**<br>**USA v. Parks** | *Case filed:* 06/07/2018<br>*Case closed:* 12/04/2019 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Thomas E Johnston**<br>*Case flags:* CLOSED,M,MAG-SAG |

| Judge: Deborah L. Mag. Boardman |
|---|

| Case Number/Title | Case Dates | Notes |
|---|---|---|
| 1:21-mj-00974-MDLB-1<br>USA v. Baig | *Case filed:* 03/31/2021<br>*Case closed:* 04/05/2021 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Deborah L. Mag. Boardman**<br>*Case flags:* CLOSED |
| 1:21-mj-01778-MDLB-1<br>USA v. Ajayi | *Case filed:* 06/15/2021 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **Deborah L. Mag. Boardman** |

| Judge: Peter J. Messitte |||
|---|---|---|
| Case Number/Title | Case Dates | Notes |
| 8:00-cr-00373-PJM-1<br>USA v. Adesioye, et al | *Case filed:* 07/31/2000<br>*Case closed:* 12/16/2020 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Greenbelt<br>***Presider:*** **Peter J. Messitte**<br>*Case flags:* ARCHIVE,CLOSED |
| 8:00-cr-00605-PJM-1<br>USA v. Adesioye | *Case filed:* 12/20/2000<br>*Case closed:* 12/16/2020 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Greenbelt<br>***Presider:*** **Peter J. Messitte**<br>*Case flags:* CLOSED |

| Judge: J. Frederick Motz |||
|---|---|---|
| Case Number/Title | Case Dates | Notes |
| 1:02-cr-00123-JFM-1<br>USA v. Harp | *Case filed:* 03/21/2002<br>*Case closed:* 09/30/2002 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **J. Frederick Motz**<br>*Case flags:* ARCHIVE,CLOSED |
| 1:15-cr-00420-JFM-1<br>USA v. Iginla | *Case filed:* 07/30/2015<br>*Case closed:* 12/05/2016 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **J. Frederick Motz**<br>*Case flags:* CLOSED,M |
| 1:15-cr-00615-JFM-1<br>USA v. Butler | *Case filed:* 12/01/2015<br>*Case closed:* 11/09/2016 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **J. Frederick Motz**<br>*Case flags:* CLOSED,S |
| 1:15-cr-00652-JFM-1<br>USA v. Lopez | *Case filed:* 12/17/2015<br>*Case closed:* 10/26/2016 | ***Attorney:*** **Matthew James Maddox**<br>*Office:* Baltimore<br>***Presider:*** **J. Frederick Motz**<br>*Case flags:*<br>CLOSED,INTERPRETER,M |
| 1:16-cr-00050-JFM-1 | *Case filed:* 02/17/2016 | ***Attorney:*** **Matthew James Maddox** |

| Case Number/Title | Case Dates | Notes |
|---|---|---|
| USA v. Lopez-Oliva | *Case closed:* 11/01/2016 | *Office:* Baltimore<br>*Presider:* J. Frederick Motz<br>*Case flags:* CLOSED,INTERPRETER,M |
| 1:16-cr-00139-JFM-1<br>USA v. Reiss | *Case filed:* 04/06/2016<br>*Case closed:* 05/19/2017 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* J. Frederick Motz<br>*Case flags:* 782,CLOSED,M |
| 1:16-cr-00237-JFM-1<br>USA v. Harp | *Case filed:* 05/12/2016<br>*Case closed:* 08/08/2017 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* J. Frederick Motz<br>*Case flags:* CLOSED,M |
| 1:16-cr-00392-JFM-1<br>USA v. Alston | *Case filed:* 08/03/2016<br>*Case closed:* 04/12/2017 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* J. Frederick Motz<br>*Case flags:* CLOSED,M |

| Judge: Liam O'Grady |||
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| 1:14-cr-00186-LO-1<br>USA v. Byrd et al | *Case filed:* 04/17/2014<br>*Case closed:* 02/10/2017 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* Liam O'Grady<br>*Case flags:* CLOSED,L+,M |

| Judge: George Levi Russell, III |||
|---|---|---|
| **Case Number/Title** | **Case Dates** | **Notes** |
| 1:14-cr-00384-GLR-2<br>USA v. Archibald et al | *Case filed:* 08/20/2014<br>*Case closed:* 07/13/2016 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* George Levi Russell, III<br>*Case flags:* CLOSED,M |
| 1:15-cr-00149-GLR-1<br>USA v. Widdows | *Case filed:* 04/02/2015<br>*Case closed:* 04/01/2015 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* George Levi Russell, III<br>*Case flags:* CLOSED |
| 1:15-cr-00506-GLR-1<br>USA v. Long | *Case filed:* 09/22/2015<br>*Case closed:* 02/17/2016 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* George Levi Russell, III<br>*Case flags:* CLOSED,S |
| 1:15-cr-00622-GLR-1<br>USA v. McFadden | *Case filed:* 12/03/2015<br>*Case closed:* 01/06/2017 | *Attorney:* Matthew James Maddox<br>*Office:* Baltimore<br>*Presider:* George Levi Russell, III<br>*Case flags:* CLOSED,M,REHAIF |

| Case Number/Title | Case Dates | Notes |
|---|---|---|
| 1:15-cr-00651-GLR-1<br>USA v. Ramsey et al | *Case filed:* 12/17/2015<br>*Case closed:* 09/29/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **George Levi Russell, III**<br>*Case flags:* L |
| 1:17-cr-00212-GLR-1<br>USA v. Murn | *Case filed:* 04/19/2017<br>*Case closed:* 08/21/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **George Levi Russell, III**<br>*Case flags:* CLOSED,M |
| 1:17-cr-00439-GLR-1<br>USA v. Kortisses | *Case filed:* 08/10/2017<br>*Case closed:* 11/21/2017 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **George Levi Russell, III**<br>*Case flags:* CLOSED,S |
| 1:18-cr-00177-GLR-1<br>USA v. Reyes-Guevara | *Case filed:* 03/29/2018<br>*Case closed:* 11/28/2018 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **George Levi Russell, III**<br>*Case flags:* CLOSED,S |
| 1:18-cr-00455-GLR-1<br>USA v. Trujillo | *Case filed:* 08/31/2018<br>*Case closed:* 11/21/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **George Levi Russell, III**<br>*Case flags:*<br>CLOSED,INTERPRETER,S |
| 1:18-cr-00503-GLR-1<br>USA v. Talavera-Alvarez | *Case filed:* 10/01/2018<br>*Case closed:* 05/23/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **George Levi Russell, III**<br>*Case flags:* CLOSED,S |
| 1:19-cr-00307-GLR-1<br>USA v. Olasehinde | *Case filed:* 06/20/2019<br>*Case closed:* 09/17/2020 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **George Levi Russell, III**<br>*Case flags:*<br>CLOSED,INTERPRETER,S |

| Judge: Stephanie D. Thacker |||
|---|---|---|
| Case Number/Title | Case Dates | Notes |
| 1:18-cr-00644-SDT-1<br>USA v. Zavala-Calles | *Case filed:* 12/27/2018<br>*Case closed:* 09/25/2019 | *Attorney:* **Matthew James Maddox**<br>*Office:* Baltimore<br>*Presider:* **Stephanie D. Thacker**<br>*Case flags:*<br>CLOSED,INTERPRETER,S |