IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MISCELLANEOUS PROCEEDING TO STRIKE THE APPEARANCE OF COUNSEL FOR THE UNITED STATES | * * * * * * * | MISC. NO. _____ |

******

## MOTION TO SEAL

Now comes the United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Judson T. Mihok, Assistant United States Attorney for said District, and respectfully moves this Court to order that this Exhibit 1 be **SEALED** as it contains sensitive information.

Respectfully submitted,

Erek. L. Barron
United States Attorney

By: \_\_\_\_\_/s/_____
Judson T. Mihok
Assistant United States Attorney

ORDERED as prayed this\_\_\_day of February, 2022.

_____
Chief James K. Bredar
United States District Judge