IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **MISCELLANEOUS PROCEEDING TO** | * | MISC. NO. _22-mc-45_ |
| **STRIKE THE APPEARANCE OF** | * | |
| **COUNSEL FOR THE UNITED STATES,** | * | |
| | * | |
| | * | |

*******

## ORDER

Upon consideration of the request of the United States of America to strike the appearance of Matthew J. Maddox in all pending cases in the United States District Court in which Mr. Maddox is counsel of record for the United States, it is hereby

ORDERED, that the appearance of Matthew J. Maddox be stricken in all matters pending before this Court in which his appearance is entered as counsel for the United States, as reflected on Exhibit 1. The Clerk of the Court shall take all appropriate actions necessary to effectuate this Order.

ORDERED as prayed, this 25th day of February, 2022.

                                                                                           /s/ JAMES K. BREDAR
                                                                                   Chief James K. Bredar
                                                                                   United States District Judge