IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: MISCELLANEOUS PROCEEDINGS<br>TO STRIKE THE APPEARANCE OF<br>COUNSEL FOR UNITED STATES<br>ATTORNEY'S OFFICE | *<br>*   CASE NO. 22-mc-45<br>*<br>*<br>* |

*****

## ORDER STRIKING THE APPEARANCE OF HOLLIS WEISMAN AS COUNSEL FOR THE UNITED STATES ATTORNEY'S OFFICE

Upon consideration of the request of the United States Attorney's Office of the District of Maryland to strike the appearance of Hollis Weisman in all open cases in the United States District Court for the District of Maryland in which Ms. Weisman is counsel of record for the office of the United States Attorney, it is, by the United States District Court for the District of Maryland,

**ORDERED,** that the appearance of Hollis Weisman be stricken in all open matters before this Court in which her appearance is entered as counsel for the United States Attorney's Office, as reflected in Exhibit 1.   The Clerk of the United States District Court for the District of Maryland shall take all appropriate actions necessary to effectuate this Order.

_____
Chief Judge James K. Bredar
U.S. District Court for the District of Maryland