IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| | * |
| MISCELLANEOUS PROCEEDING TO | * |
| STRIKE APPEARANCE OF | *   MISC. NO. 22-MC-45 |
| GREGORY BERNSTEIN AS COUNSEL | * |
| FOR THE UNITED STATES IN ALL | * |
| UNSEALED CASES | * |

*******

## MOTION TO STRIKE APPEARANCE OF
## GREGORY BERNSTEIN AS COUNSEL FOR THE UNITED STATES
## IN ALL SEALED AND UNSEALED CASES

The United States of America, by and through undersigned counsel, and pursuant to Local Rule 201(3), hereby respectfully requests that this Honorable Court strike the appearance of Gregory Bernstein as counsel for the United States in all matters for which he remains listed as counsel for the United States of America.

As of November 2020, Mr. Bernstein is no longer an Assistant United States Attorney in the District of Maryland. The United States has an appearance of substitute counsel in all open cases in which Mr. Bernstein represents the United States or has determined that substitute counsel was not needed because the matters at issue are concluded. Reports setting forth both sealed and unsealed cases in which Mr. Bernstein appears as "active" are attached as Exhibit 1.

**WHEREFORE,** the United States respectfully requests that:

a) This Motion to Strike the Appearance of Gregory Bernstein be GRANTED;

b) The appearance of Gregory Bernstein be stricken in each and every matter in which his appearance was entered as counsel for the United States. A list of all cases in which Mr. Bernstein's appearance is presently entered as "active" counsel for the United States (both sealed and unsealed cases) is attached as Exhibit 1 (under seal); and

c) Exhibit 1 shall be SEALED because no reasonable alternative to sealing exists.

        Respectfully submitted,

        Erek L. Barron
        United States Attorney

By:  *Kelly O. Hayes*
        Kelly O. Hayes
        Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** | * |
| | * |
| **MISCELLANEOUS PROCEEDING TO** | * |
| **STRIKE APPEARANCE OF** | *  MISC. NO. 22-MC-45 |
| **GREGORY BERNSTEIN AS COUNSEL** | * |
| **FOR THE UNITED STATES IN ALL** | * |
| **UNSEALED CASES** | * |
| | * |

\*\*\*\*\*\*\*

## ORDER

Upon consideration of the request of the United States of America to strike the appearance of Gregory Bernstein in all pending cases in the United States District Court in which Mr. Bernstein is counsel of record for the United States, it is hereby

ORDERED, that the appearance of Gregory Bernstein be stricken in all matters pending before this Court in which his appearance is entered as counsel for the United States, as reflected on Exhibit 1. The Clerk of the Court shall take all appropriate actions necessary to effectuate this Order; and

ORDERED, that Exhibit 1 shall be SEALED.

ORDERED as prayed, this _____ day of January, 2023.

_____
Hon. James K. Bredar
Chief United States District Judge