IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| | * |
| **MISCELLANEOUS PROCEEDING TO** | * |
| **STRIKE APPEARANCE OF** | *   MISC. NO. 22-MC-45 |
| **GREGORY BERNSTEIN AS COUNSEL** | * |
| **FOR THE UNITED STATES IN ALL** | * |
| **UNSEALED CASES** | * |
| | * |

*******

### ORDER

Upon consideration of the request of the United States of America to strike the appearance of Gregory Bernstein in all pending cases in the United States District Court in which Mr. Bernstein is counsel of record for the United States, it is hereby

ORDERED, that the appearance of Gregory Bernstein be stricken in all matters pending before this Court in which his appearance is entered as counsel for the United States, as reflected on Exhibit 1. The Clerk of the Court shall take all appropriate actions necessary to effectuate this Order; and

ORDERED, that Exhibit 1 shall be SEALED.

ORDERED as prayed, this __13__ day of January, 2023.

_____
Hon. James K. Bredar
Chief United States District Judge