IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** | * |
| | * |
| **MISCELLANEOUS PROCEEDING TO** | * |
| **STRIKE APPEARANCE OF CAITLIN** | *   MISC. NO. 22-MC-45 |
| **C. COTTINGHAM AS COUNSEL FOR** | * |
| **THE UNITED STATES IN ALL** | * |
| **UNSEALED CASES** | * |

*******

**MOTION TO STRIKE APPEARANCE OF
CAITLIN C. COTTINGHAM AS COUNSEL FOR THE UNITED STATES
IN ALL SEALED AND UNSEALED CASES**

The United States of America, by and through undersigned counsel, and pursuant to Local Rule 201(3), hereby respectfully requests that this Honorable Court strike the appearance of Caitlin C. Cottingham as counsel for the United States in all matters for which he remains listed as counsel for the United States of America.

As of May 5, 2023, Ms. Cottingham is no longer an Assistant United States Attorney in the District of Maryland. The United States has an appearance of substitute counsel in all open cases in which Ms. Cottingham represents the United States or has determined that substitute counsel was not needed because the matters at issue are concluded. Reports setting forth both sealed and unsealed cases in which Ms. Cottingham appears as "active" are attached as Exhibit 1.

**WHEREFORE,** the United States respectfully requests that:

a) This Motion to Strike the Appearance of Caitlin C. Cottingham be GRANTED;

b) The appearance of Caitlin C. Cottingham be stricken in each and every matter in which his appearance was entered as counsel for the United States. A list of all cases in which Ms. Cottingham's appearance is presently entered as "active" counsel for the United States (both sealed and unsealed cases) is attached as Exhibit 1 (under seal); and

c) Exhibit 1 shall be SEALED because no reasonable alternative to sealing exists.

          Respectfully submitted,

          Erek L. Barron
          United States Attorney

By: *Kelly O. Hayes*
          Kelly O. Hayes
          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MISCELLANEOUS PROCEEDING TO | * | |
| STRIKE APPEARANCE OF CAITLIN | * | MISC. NO. 22-MC-45 |
| C. COTTINGHAM AS COUNSEL FOR | * | |
| THE UNITED STATES IN ALL | * | |
| UNSEALED CASES | * | |
| | * | |

*******

## ORDER

Upon consideration of the request of the United States of America to strike the appearance of Caitlin C. Cottingham in all pending cases in the United States District Court in which Ms. Cottingham is counsel of record for the United States, it is hereby

ORDERED, that the appearance of Caitlin C. Cottingham be stricken in all matters pending before this Court in which his appearance is entered as counsel for the United States, as reflected on Exhibit 1. The Clerk of the Court shall take all appropriate actions necessary to effectuate this Order; and

ORDERED, that Exhibit 1 shall be SEALED.

ORDERED as prayed, this _____ day of May 8, 2023.

_____
Hon. James K. Bredar
Chief United States District Judge