IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MISCELLANEOUS PROCEEDING TO | * | |
| WITHDRAW APPEARANCE OF | * | MISC. NO. 22-MC-45 |
| LOGAN HAYES AS COUNSEL FOR | * | |
| THE UNITED STATES IN ALL | * | |
| SEALED AND UNSEALED CASES | * | |
| ******* | | |

## MOTION TO WITHDRAW APPEARANCE OF
## LOGAN HAYES AS COUNSEL FOR THE UNITED STATES
## IN ALL SEALED AND UNSEALED CASES

The United States of America, by and through undersigned counsel, and pursuant to Local Rule 201(3), hereby respectfully requests that this Honorable Court strike the appearance of Logan Hayes as counsel for the United States in all matters for which she remains listed as counsel for the United States of America.

As of May 2023, Ms. Hayes is no longer a Special Assistant United States Attorney in the District of Maryland. The United States has an appearance of substitute counsel in all open cases in which Ms. Hayes represents the United States or has determined that substitute counsel was not needed because the matters at issue are concluded. Reports setting forth both sealed and unsealed cases in which Ms. Hayes appears as "active" are attached as Exhibit 1.

**WHEREFORE,** the United States respectfully requests that:

a) This Motion to Withdraw the Appearance of Logan Hayes be GRANTED;

b) The appearance of Logan Hayes be withdrawn in each and every matter in which her appearance was entered as counsel for the United States. A list of all cases in which Ms. Hayes's appearance is presently entered as "active" counsel for the United States (both sealed and unsealed cases) is attached as Exhibit 1 (under seal); and

c) Exhibit 1 shall be SEALED because no reasonable alternative to sealing exists.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Jason D. Medinger
Chief, Criminal Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MISCELLANEOUS PROCEEDING TO | * | |
| WITHDRAW APPEARANCE OF | * | MISC. NO. 22-MC-45 |
| LOGAN HAYES AS COUNSEL FOR | * | |
| THE UNITED STATES IN ALL | * | |
| SEALED AND UNSEALED CASES | * | |
| | * | |

*******

## ORDER

Upon consideration of the request of the United States of America to withdraw the appearance of Logan Hayes in all pending cases in the United States District Court in which Ms. Hayes is counsel of record for the United States, it is hereby

ORDERED, that the appearance of Logan Hayes be withdrawn in all matters pending before this Court in which her appearance is entered as counsel for the United States, as reflected on Exhibit 1. The Clerk of the Court shall take all appropriate actions necessary to effectuate this Order; and

ORDERED, that Exhibit 1 shall be SEALED.

ORDERED as prayed, this \_\_\_\_\_ day of May, 2023.

_____
Hon. James K. Bredar
Chief United States District Judge