IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| | * |
| MISCELLANEOUS PROCEEDINGS | * |
| TO WITHDRAW APPEARANCES OF | *   MISC. NO. 22-MC-45 |
| COUNSEL FOR THE UNITED STATES | * |
| | * |
| | * |

*******

**MOTION TO STRIKE APPEARANCE OF
PETER J. MARTINEZ AS COUNSEL FOR THE UNITED STATES
IN ALL SEALED AND UNSEALED CASES**

The United States of America, by and through undersigned counsel, and pursuant to Local Rule 201(3), hereby respectfully requests that this Honorable Court strike the appearance of Peter J. Martinez as counsel for the United States in all matters for which he remains listed as counsel for the United States of America.

As of January 15, 2024, Mr. Martinez was no longer an Assistant United States Attorney in the District of Maryland. The United States has filed an appearance of substitute counsel in all open cases in which Mr. Martinez represents the United States or has determined that substitute counsel was not needed because the matters at issue are concluded. Reports setting forth both sealed and unsealed cases in which Mr. Martinez appears as "active" are attached as Exhibit 1.

**WHEREFORE,** the United States respectfully requests that:

a) This Motion to Strike the Appearance of Peter J. Martinez be GRANTED;

b) The appearance of Mr. Martinez be stricken in each and every matter in which his appearance was entered as counsel for the United States. A list of all cases in which Mr. Martinez's appearance is presently entered as "active" counsel for the United States (both sealed and unsealed cases) is attached as Exhibit 1 (under seal); and

c) Exhibit 1 shall be SEALED because the exhibit contains sensitive information, including about sealed matters, and no reasonable alternative to sealing exists. *See Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424 (4th Cir. 2005).

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /s/ JASON MEDINGER
Digitally signed by JASON MEDINGER
Date: 2024.01.21 15:28:36 -05'00'

Jason D. Medinger
Chief, Criminal Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** | * |
| | * |
| **MISCELLANEOUS PROCEEDINGS** | * |
| **TO WITHDRAW APPEARANCES OF** | *    MISC. NO. 22-MC-45 |
| **COUNSEL FOR THE UNITED STATES** | * |
| | * |
| | * |

*******

## ORDER

Upon consideration of the request of the United States of America to strike the appearance of Peter J. Martinez in all pending cases in the United States District Court in which Mr. Martinez is counsel of record for the United States, it is hereby ORDERED:

1. That the government's motion is GRANTED.

2. That the appearance of Peter J. Martinez shall be and hereby is STRICKEN in all matters pending before this Court in which his appearance is entered as counsel for the United States, as reflected on Exhibit 1.

3. That the Clerk of the Court shall take all appropriate actions necessary to effectuate this Order; and

4. That Exhibit 1 to the government's motion shall be SEALED.

It is so ordered this _____ day of January 2024.

_____
Hon. James K. Bredar
Chief United States District Judge