IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:**     * | |
|     * | |
| **MISCELLANEOUS PROCEEDING TO**     * | |
| **WITHDRAW APPEARANCE OF**     * | **MISC. NO. 22-MC-45** |
| **AARON SIMCHA JON ZELINSKY AS**     * | |
| **COUNSEL FOR THE UNITED STATES**     * | |
| **IN ALL SEALED AND UNSEALED**     * | |
| **CASES** | |

*******

**MOTION TO WITHDRAW APPEARANCE OF
AARON SIMCHA JON ZELINSKY AS COUNSEL FOR THE UNITED STATES
IN ALL SEALED AND UNSEALED CASES**

The United States of America, by and through undersigned counsel, and pursuant to Local Rule 201(3), hereby respectfully requests that this Honorable Court withdraw the appearance of Aaron Simcha Jon Zelinsky as counsel for the United States in all matters for which he remains listed as counsel for the United States of America.

As of January 10, 2025, Mr. Zelinsky is no longer an Assistant United States Attorney in the District of Maryland. The United States has an appearance of substitute counsel in all open cases in which Mr. Zelinsky represented the United States or has determined that substitute counsel was not needed because the matters at issue are concluded. A report setting forth both sealed and unsealed cases in which Mr. Zelinsky appears as "active" is attached as Exhibit 1.

**WHEREFORE,** the United States respectfully requests that:

a) This Motion to Withdraw the Appearance of Aaron Simcha Jon Zelinsky be GRANTED;

b) The appearance of Aaron Simcha Jon Zelinsky be stricken in each and every matter in which his appearance was entered as counsel for the United States. A list of all cases in which Mr. Zelinsky's appearance is presently entered as "active" counsel for the United States (both sealed and unsealed cases) is attached as Exhibit 1 (under seal); and

c)  Exhibit 1 shall be SEALED because no reasonable alternative to sealing exists.

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

By:      /s/
        Jason D. Medinger
        First Assistant United States Attorney
        U.S. Attorney's Office
        36 S. Charles Street, 4th Flr.
        Baltimore, Maryland 21201
        Tel. 410-209-4800
        Email:  Jason.Medinger@usdoj.gov