IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** * | |
| * | |
| **MISCELLANEOUS PROCEEDING TO** * | |
| **WITHDRAW APPEARANCE OF** * | **MISC. NO. 22-MC-45** |
| **AARON SIMCHA JON ZELINSKY AS** * | |
| **COUNSEL FOR THE UNITED STATES** * | |
| **IN ALL SEALED AND UNSEALED** * | |
| **CASES** * | |
| ******* | |

**ORDER**

Upon consideration of the request of the United States of America to withdraw the appearance of Aaron Simcha Jon Zelinsky in all pending cases in the United States District Court in which Mr. Zelinsky is counsel of record for the United States, it is hereby

ORDERED, that the appearance of Aaron Simcha Jon Zelinsky be stricken in all matters pending before this Court in which his appearance is entered as counsel for the United States, as reflected on Exhibit 1. The Clerk of the Court shall take all appropriate actions necessary to effectuate this Order; and

ORDERED, that Exhibit 1 shall be SEALED.

It is so ORDERED as prayed, this _____ day of March, 2025

                                                                   _____
                                                                   Hon. George L. Russell, III
                                                                   Chief United States District Judge