IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| | * |
| MISCELLANEOUS PROCEEDING TO | * |
| WITHDRAW APPEARANCE OF | *   MISC. NO. 22-MC-45 |
| CHRISTINE GOO AS COUNSEL FOR | * |
| THE UNITED STATES IN ALL | * |
| SEALED AND UNSEALED CASES | * |
| | * |

*******

### ORDER

Upon consideration of the request of the United States of America to withdraw the appearance of Christine Goo in all pending cases in the United States District Court in which Ms. Goo is counsel of record for the United States, it is hereby

ORDERED, that the appearance of Christine Goo be stricken in all matters pending before this Court in which her appearance is entered as counsel for the United States, as reflected on Exhibit 1. The Clerk of the Court shall take all appropriate actions necessary to effectuate this Order; and

ORDERED, that Exhibit 1 shall be SEALED.

ORDERED as prayed, this 24th day of April 2025

_____
Honorable George L. Russell, III
Chief United States District Judge