IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| | * |
| MISCELLANEOUS PROCEEDING TO | * |
| WITHDRAW APPEARANCE OF | *   MISC. NO. 22-MC-45 |
| BRANDON K. MOORE AS COUNSEL | * |
| FOR THE UNITED STATES IN ALL | * |
| SEALED AND UNSEALED CASES | * |

*******

MOTION TO WITHDRAW APPEARANCE OF
BRANDON K. MOORE AS COUNSEL FOR THE UNITED STATES
IN ALL SEALED AND UNSEALED CASES

The United States of America, by and through undersigned counsel, and pursuant to Local Rule 201(3), hereby respectfully requests that this Honorable Court withdraw the appearance of Brandon K. Moore as counsel for the United States in all matters for which he remains listed as counsel for the United States of America.

As of November 2025, Mr. Moore is no longer an Assistant United States Attorney in the District of Maryland. The United States has an appearance of substitute counsel in all open cases in which Mr. Moore represents the United States or has determined that substitute counsel was not needed because the matters at issue are concluded. Reports setting forth both sealed and unsealed cases in which Mr. Moore's appears as "active" are attached as Exhibit 1.

**WHEREFORE,** the United States respectfully requests that:

a) This Motion to Withdraw the Appearance of Brandon K. Moore be GRANTED;

b) The appearance of Brandon K. Moore be stricken in each and every matter in which his appearance was entered as counsel for the United States. A list of all cases in which Mr. Moore's appearance is presently entered as "active" counsel for the United States (both sealed and unsealed cases) is attached as Exhibit 1 (under seal); and

c) Exhibit 1 shall be SEALED because no reasonable alternative to sealing exists.

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

By: _____
      Digitally signed by MICHAEL HANLON
      Date: 2025.12.30 14:18:04 -05'00'

        Michael Hanlon
        Assistant United States Attorney
        Chief, Criminal Division

        36 S. Charles Street, Fourth Floor
        Baltimore, Maryland 21201
        410-209-4895
        Michael.hanlon@usdoj.gov